22cr20 ADM/JFD

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 2 |
| v. | 18 U.S.C. § 2119(1) |
| MARION QUINTEL WARE, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Carjacking)

On or about June 15, 2021, in the State and District of Minnesota, the defendant,

**MARION QUINTEL WARE,**

aiding and abetting and being aided and abetted by another, did knowingly and unlawfully take a motor vehicle, that is, a 2007 red Ford Focus, bearing Minnesota license plate CHY098, bearing VIN number 1FAHP34NX7W113781, that had been transported, shipped, and received in interstate and foreign commerce, from the person and presence of S.L.F., by force and violence and by intimidation, with the intent to cause serious bodily harm, all in violation of Title 18, United States Code, Sections 2 and 2119(1).

### FORFEITURE ALLEGATIONS

If convicted of Count 1 of this Indictment, the defendant,

SCANNED
FEB 02 2022
U.S. DISTRICT COURT MPLS

United States v. Marion Quintel Ware

## MARION QUINTEL WARE,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms, accessories, and ammunition involved in or used in connection with the violations alleged in the Indictment.

A TRUE BILL

_____     _____
ACTING UNITED STATES ATTORNEY          FOREPERSON